## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMRO ELANSARI** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 20-423** |
| | : | |
| **JAGEX, INC.,** *et al.* | : | |

## ORDER

**AND NOW**, this 30th day of January 2020, upon considering the *pro se* Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) in his latest claim (most of which have been dismissed upon screening), and upon careful review of his sworn statement of $1200 monthly income with no assets and $1100 expenses including $100 a month in "advertising" raising questions concerning the continued use of taxpayer funds which we may investigate upon inquiry or *sua sponte*[1] but finding grounds based on this sworn statement subject to further investigation, it is **ORDERED**:

1.     Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED**; but,

2.     The Clerk of Court shall neither issue summons nor proceed until further Order following our screening under 28 U.S.C. § 1915.

**KEARNEY, J.**

---

[1] *See e.g. Holly v. Wexford Health Services*, 339 Fed.App'x 633, 636 (7th Cir. 2009).