# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMRO ELANSARI, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 20-423 |
| | : | |
| JAGEX INC., *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 11th day of February 2020, upon considering Amro Elansari's *pro se* Complaint (ECF Doc. No. 2), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. The Complaint (ECF Doc. No. 2) is **DISMISSED with prejudice**;

2. Under 28 U.S.C. § 1915(a)(3), we certify an appeal would not be taken in good faith requiring we deny *in forma pauperis* status for an appeal; and,

3. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.